FILE COPY

RE: Case No. 14-0699                              DATE: 1/20/2015
COA #: 04-13-00565-CV     TC#: 2012-CI-11285
STYLE: KELLY WALLS
    v. DANIEL KLEIN

Today, the motion for extension of time to file motion for rehearing in the above referenced case was received and filed in the Supreme Court of Texas.


KELLY  WALLS

FILE COPY

RE: Case No. 14-0699                              DATE: 1/20/2015
COA #: 04-13-00565-CV     TC#: 2012-CI-11285
STYLE: KELLY WALLS
    v. DANIEL KLEIN

    Today, the motion for extension of time to file motion for rehearing in the above referenced case was received and filed in the Supreme Court of Texas.


                    MR. BENJAMIN  ROSENBACH
                    CLEMENS & SPENCER, PC
                    112 E PECAN STREET, SUITE 1300
                    SAN ANTONIO, TX  78205-1531

FILE COPY

RE: Case No. 14-0699                                      DATE: 1/20/2015
COA #: 04-13-00565-CV     TC#: 2012-CI-11285
STYLE: KELLY WALLS
   v. DANIEL KLEIN

   Today, the motion for extension of time to file motion for rehearing in the above referenced case was received and filed in the Supreme Court of Texas.

                    MS. DONNA KAY MCKINNEY
                    BEXAR COUNTY DISTRICT CLERK
                    PAUL ELIZONDO TOWER
                    101 W. NUEVA, SUITE 217
                    SAN ANTONIO, TX  78205-3411

FILE COPY

RE: Case No. 14-0699                          DATE: 1/20/2015
COA #: 04-13-00565-CV    TC#: 2012-CI-11285
STYLE: KELLY WALLS
    v. DANIEL KLEIN

     Today, the motion for extension of time to file motion for rehearing in the above referenced case was received and filed in the Supreme Court of Texas.


                         MR. KEITH E. HOTTLE
                         CLERK, FOURTH COURT OF APPEALS
                         BEXAR COUNTY JUSTICE CENTER
                         300 DOLOROSA, STE. 3200
                         SAN ANTONIO, TX  78205